No. 467, Misc. 4278 Hazel Building Corp. et al. *v.* Berest et al.;
No. 477, Misc. Farnsworth *v.* Foster, Warden; and
No. 499, Misc. Grant *v.* Overholser. Motion for leave to file petitions for writs of certiorari denied. *Meyer*

*Abrams* and *William Henning Rubin* for petitioners in No. 467, Misc. Petitioners *pro se* in Misc. Nos. 477 and 499. *Robert Marks* and *M. J. Myer* for respondents in No. 467. *Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, and *Herman N. Harcourt* and *George A. Radz,* Assistant Attorneys General, for respondent in No. 477, Misc.